# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY DOBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>LENDING USA, LLC, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01451-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC<br><br>(ECF No. 8)<br><br>**FEBRUARY 9, 2026 DEADLINE** |

On December 10, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached with Defendant Experian Information Services, LLC, and that dispositional documents will be filed by February 9, 2026. (ECF No. 8.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that Plaintiff shall file dispositional documents no later than **February 9, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  **December 11, 2025**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge