# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY DOBBS,<br><br>    Plaintiff,<br><br>v.<br><br>LENDING USA, LLC, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01451-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 10) |

Before the Court is the parties' stipulation for an extension of time in which Defendant Lending USA, LLC may file a responsive brief. For good cause shown, the Court approves the stipulation and ORDERS that Defendant Lending USA, LLC shall have through January 26, 2026, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:  **December 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge